# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
HONORABLE KENT JASPERSON,
PAHRUMP TOWNSHIP JUSTICE
COURT, COUNTY OF NYE, STATE OF
NEVADA.

No. 79236

**FILED**

OCT 2 9 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER ADMINISTRATIVELY CLOSING CASE*

This matter was docketed in this court on July 23, 2019, with the filing of a certified copy of the Stipulation and Order Consent to Public Reprimand. *See* Procedural Rules of the Nevada Commission on Judicial Discipline ("PRJDC"), Rule 29 (upon entry of an order of discipline pursuant to a stipulation and consent, the commission must file a certified copy of the order with the clerk of the supreme court). Because this is a consent order, the clerk of this court is directed to administratively close this matter.

It is so ORDERED.

_____, C.J.

cc:   Washoe County Public Defender
      Nevada Commission on Judicial Discipline